

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Kenneth Gregory,                              * From the 70th District Court
                                               of Ector County,
                                               Trial Court No. A-19-1278-CR.

Vs. No. 11-21-00110-CR                        * February 9, 2023

The State of Texas,                           * Memorandum Opinion by Williams, J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.

    This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.